IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED

DEC 1 9 2019

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____ DEPUTY



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| -vs- | ) | No. CR-19 412 F |
| TEDRIC LEMAY SMITH, | ) | Violations: 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(d) |
| Defendant. | ) | 28 U.S.C. § 2461(c) |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
### (Felon in Possession of a Firearm and Ammunition)

On or about February 6, 2018, within the Western District of Oklahoma,

------------------------------------- **TEDRIC LEMAY SMITH,** ---------------------------------

with knowledge that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess the following firearm and ammunition, to wit:

1. a Taurus Millenium, .40 caliber pistol, bearing serial number SDM23057;

2. 5 rounds of Browning (Winchester), .40 caliber ammunition; and

3. 5 rounds of CCI, .40 caliber ammunition,

which were in and affecting interstate commerce in that said firearm and ammunition had previously crossed state lines to reach the State of Oklahoma.

All in violation of Title 18, United States Code, Section 922(g)(1), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

## FORFEITURE

The allegations contained in this Indictment are hereby re-alleged and incorporated for the purpose of alleging forfeiture.

Upon conviction of the offense alleged in Count 1 of this Indictment, **TEDRIC LEMAY SMITH** shall forfeit to the United States any firearm and ammunition involved in the commission of the offense.

The property subject to forfeiture includes, but is not limited to:

1. a Taurus Millenium, .40 caliber pistol, bearing serial number SDM23057;
2. 5 rounds of Browning (Winchester) .40 caliber ammunition;
3. 5 rounds of CCI .40 caliber ammunition; and
4. any and all ammunition and magazines not specifically listed.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

*/s/ Saniya Paisells/*

FOREPERSON OF THE GRAND JURY

TIMOTHY J. DOWNING
United States Attorney

*/s/ Arvo Q. Mikkanen/*

ARVO Q. MIKKANEN
Assistant United States Attorney

3